Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Carmen Gesteen Crump | Case No.: 20–40023 RLE 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Notice of Failure to Provide Debtor's Social Security Number and/or List of Creditors. Social Security Form/Matrix , filed on 1/6/2020 . Therefore, it is ordered that this case be **dismissed**.

Dated: 1/22/20

By the Court:

Roger L. Efremsky
United States Bankruptcy Judge