# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–4 | User: mtartagli | Date Created: 1/22/2020 | |
| Case: 20–40023 | Form ID: NDC | Total: 10 | |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Martha G. Bronitsky | 13trustee@oak13.com |
| aty | Jennifer C. Wong | bknotice@mccarthyholthus.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Carmen Gesteen Crump | PO Box 7654   Kensington, CA 94707 |
| cr | HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset–Backed Pass–Through Certificates Series 2007–AR6   c/o Jennifer C. Wong, Esq   McCarthy & Holthus, LLP   411 Ivy Street   San Diego, CA 92101 | |
| smg | Labor Commissioner   1515 Clay St.   Room 801   Oakland, CA 94612 | |
| smg | State Board of Equalization   Collection Dept.   P.O. Box 942879   Sacramento, CA 94279 | |
| smg | CA Employment Development Dept.   Bankruptcy Group MIC 92E   P.O. Box 826880   Sacramento, CA 94280–0001 | |
| smg | CA Franchise Tax Board   Special Procedures Bankruptcy Unit   P.O. Box 2952   Sacramento, CA 95812–2952 | |
| 15109403 | Wells Fargo Bank   PO Box 14591   Des Moines IA 50306 | |

TOTAL: 7